# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3228
_____

Mary Brazil

*Plaintiff - Appellant*

v.

Arkansas Department of Human Services; Tim Taylor, Assistant Director, In His
Individual Capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: April 6, 2021
Filed: April 9, 2021
[Unpublished]
_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Mary Brazil appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.